United States District Court

Eastern District of Louisiana

Terrebonne Parish

v.                                          CIVIL ACTION NO. 2:00-cv-00201

Tenn Gas Pipe Line                                                  F(5)


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

   (1) A list of all parties still remaining in this action;

   (2) Copies of all pleadings, including answers, filed by those parties in state court; and

   (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 24, 2000.

                                By Direction of the Court

                                LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 21  A 9: 56

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CIVIL ACTION |
| | * | 00-0201 |
| versus | * | SECTION |
| **TENNESSEE GAS PIPELINE COMPANY** | * | MAG. DIV. |
| * * * * * * * * * * * * * * * * | * | |

SECT. F MAG. 5

### NOTICE OF REMOVAL

Defendant, Tennessee Gas Pipeline Company, through undersigned counsel files this Notice of Removal and represents:

1.

On October 19, 1999 plaintiff filed this action captioned "Terrebonne Parish School Board v. Tennessee Gas Pipe Line Company, Docket No. 127058" in the Thirty-Second Judicial District Court for the Parish of Terrebonne, State of Louisiana. Defendant is a party to this action (hereinafter the "state action"). A copy of the Petition in the state action is attached hereto as Exhibit "A."

160360-1



Fee _150_
Process ___
X Dktd ___
___ CtRmDep ___
Doc. No. ___

2.

For the reasons set forth below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. Defendant may properly remove the state action to this Court pursuant to 28 U.S.C. § 1441.

3.

Complete diversity of citizenship exists between the parties to the state action. The plaintiff is an agency of the Parish of Terrebonne. Defendant is a Delaware corporation with its principal place of business in Houston, Texas.

4.

The sums fairly in controversy exceed $75,000, exclusive of interest and costs.

5.

The petition alleges that defendant's lawful installation of a natural gas pipeline and related canals has damaged plaintiff's marsh property. Plaintiff claims that defendant's activities have led to extensive destruction of the marsh's ecosystem, including damage to and loss of marsh vegetation and erosion. The nature of the alleged damages makes it reasonably certain that the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.

This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the petition asserts claims for alleged property damages between citizens of different states in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.

This removal is timely pursuant to 28 U.S.C. § 1441. Defendant was served with plaintiff's Petition on January 14, 2000, seven days prior to filing this removal. Thus, the time period for removal established by 28 U.S.C. § 1441 has not expired.

8.

Defendant has provided the 32nd Judicial District Court for the Parish of Terrebonne with written notice of this removal and has requested that the clerk of that court forward a certified copy of the state court record in this case to this Court.

**WHEREFORE**, defendant Tennessee Gas Pipeline Company hereby gives notice that this suit is removed to this Court.

Respectfully submitted,

Lemle & Kelleher, L.L.P.

By: *Michelle K. Conaway*
Ernest L. Edwards, Jr., T.A. (#5286)
B. Richard Moore, Jr. (#9602)
Amy Baird (#18057)
Robert S. Emmett (#23725)
Michelle K. Conaway (#26239)
Pan-American Life Center, Ste. 2100
601 Poydras Street
New Orleans, LA 70130-6097
Telephone: (504) 586-1241

Attorneys for Defendant,
Tennessee Gas Pipeline Company

160360-1

- 3 -