

MINUTE ENTRY
FELDMAN, J.
February 16, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0201 |
| TENNESSEE GAS COMPANY | * | SECTION "F" (5) |

IT IS ORDERED that the defendant's Motion to Stay and Compel Arbitration set for hearing on February 16, 2000 is continued to March 15, 2000. All motions will be heard on the briefs.



1

DATE OF ENTRY FEB 1 8 2000

