

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** * | | CIVIL ACTION |
| | * | NO. 00-0201 |
| versus | * | SECTION "F" |
| **TENNESSEE GAS PIPELINE COMPANY** * | | MAG. DIV. 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO STAY AND TO COMPEL ARBITRATION

Defendant, Tennessee Gas Pipeline Company ("TGP") requests that this Court allow TGP to file a supplemental memorandum in support of its Motion to Stay and to Compel Arbitration for the reasons set forth in the accompanying memorandum.

178952-1

FEB 18 2000

DATE OF ENTRY_____



Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

BY: *Michelle K. Conaway*
Ernest L. Edwards, Jr., T.A. (#5286)
B. Richard Moore, Jr. (#9602)
Amy Baird (#18057)
Robert S. Emmett (#23725)
Michelle K. Conaway (#26239)
Pan-American Life Center, Ste. 2100
601 Poydras Street
New Orleans, LA  70130-6097
Telephone:  (504) 586-1241

Attorneys for Defendant,
Tennessee Gas Pipeline Company

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion for Leave of Court to File Supplemental Memorandum in Support of Motion to Stay and to Compel Arbitration has been served upon counsel of record via facsimile and by depositing same in the United States Mail, properly addressed and postage prepaid, on this the 15th day of February, 2000.

*Michelle K. Conaway*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CIVIL ACTION |
| | * | NO. 00-0201 |
| versus | | |
| | * | SECTION "F" |
| **TENNESSEE GAS PIPELINE COMPANY** | * | MAG. DIV. 5 |

* * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF
COURT TO FILE SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF MOTION TO STAY AND TO COMPEL ARBITRATION**

On January 21, 2000, Tennessee Gas Pipeline Company ("TGP") filed a motion to stay proceedings and to compel arbitration. Plaintiff filed its opposition on February 7, 2000. This matter is currently scheduled for hearing on February 16, 2000. However, plaintiff's opposition raises arguments which must be addressed by TGP. Therefore, TGP requests that this Court grant its motion for leave to file the attached Supplemental Memorandum in Support of its Motion to Stay and to Compel Arbitration.

178959-1

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

BY: *Michelle K. Conaway*
Ernest L. Edwards, Jr., T.A. (#5286)
B. Richard Moore, Jr. (#9602)
Amy Baird (#18057)
Robert S. Emmett (#23725)
Michelle K. Conaway (#26239)
Pan-American Life Center, Ste. 2100
601 Poydras Street
New Orleans, LA 70130-6097
Telephone: (504) 586-1241

Attorneys for Defendant,
Tennessee Gas Pipeline Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Memorandum in Support of Motion for Leave of Court to File Supplemental Motion to Stay and to Compel Arbitration has been served upon counsel of record via facsimile and by depositing same in the United States Mail, properly addressed and postage prepaid, on this the 15th day of February, 2000.

*Michelle K. Conaway*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** * | | CIVIL ACTION |
| * | | NO. 00-0201 |
| versus | | |
| * | | SECTION "F" |
| **TENNESSEE GAS PIPELINE COMPANY** * | | MAG. DIV. 5 |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Memorandum and the memorandum in support thereof,

**IT IS HEREBY ORDERED** that Tennessee Gas Pipeline Company be granted leave to file its Supplemental Memorandum in Support of Motion to Stay and to Compel Arbitration.

New Orleans, Louisiana, this 17th day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

178970-1