FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 MAR -3 A 11: 26
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | **CIVIL ACTION NO.: 00CV0201** |
| **VERSUS** | * | **SECTION: F** |
| **TENNESSEE GAS PIPE LINE COMPANY** | * | **MAGISTRATE: DIV. (5)** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO TENNESSEE GAS PIPELINE COMPANY'S MOTION TO STAY AND COMPEL ARBITRATION**

Plaintiff, Terrebonne Parish School Board ("TPSB") requests that this Honorable Court allow TPSB to file a Supplemental Memorandum in Opposition to Tennessee Gas Pipeline Company's Motion to Stay and to Compel Arbitration for the reasons set forth in the accompanying Memorandum.

DATE OF ENTRY
MAR 17 2000

Respectfully submitted,

**THE GRAY LAW FIRM (APLC)**

______________________________

**A. J. GRAY, III #6253**

___ Fee
___ Process
X Dktd
___ CtRmDep
Doc.No. 10

**WADE T. VISCONTE #24734**
One Lakeshore Drive, Suite 900
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694 Telephone
(337) 494-0697 Facsimile

— AND —

**Michael X. St. Martin #12365**
**Joseph G. Jevic, III #23145**
St. Martin & Williams (APLC)
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017
(504) 876-3891 Telephone
(504) 851-2219 Facsimile
**Attorneys for Terrebonne Parish School Board**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that pursuant to the terms of the Federal Rules of Civil Procedure, Rule 5, a copy of the above and foregoing Motion for Leave of Court to File Supplemental Memorandum in Opposition to Tennessee Gas Pipeline Company's Motion to Stay and Compel Arbitration has this day been mailed, First Class, United States mail, postage prepaid and properly addressed to:

Michael X. St. Martin
Joseph G. Jevic, III
St. Martin & Williams (APLC)
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017
**Attorneys for Terrebonne Parish School Board**

Ernest L. Edwards, Jr.
B. Richard Moore, Jr.
Amy Baird
Robert S. Emmett
Michelle K. Conaway
Lemle & Kelleher, L.L.P.
Pan-American Life Center, Suite 2100
601 Poydras Street
New Orleans, LA 70130-6097
**Attorneys for Tennessee Gas Pipeline Company**

Lake Charles, Calcasieu Parish, Louisiana this 2nd day of March 2000.

WADE T. VISCONTE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | **CIVIL ACTION NO.: 00CV0201** |
| **VERSUS** | * | **SECTION: F** |
| **TENNESSEE GAS PIPE LINE COMPANY** | * | **MAGISTRATE: DIV. (5)** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion for Leave of Court to File Supplemental Memorandum in Opposition to Tennessee Gas Pipeline Company's Motion to Stay and Compel Arbitration and Memorandum in Support thereof:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Terrebonne Parish School Board be and is hereby **GRANTED** Leave of Court to file its Supplemental Memorandum in Opposition to Tennessee Gas Pipeline Company's Motion to Stay and Compel Arbitration.

**THUS RENDERED AND SIGNED** this 16th day of March 2000 in New Orleans, Louisiana.

Martin L. C. Feldman
**DISTRICT JUDGE**