UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAR 14 P 3 58
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | NO. 00-0201 |
| versus | * | SECTION "F" |
| TENNESSEE GAS PIPELINE COMPANY | * | MAG. DIV. 5 |

* * * * * * * * * * * * * * * * *

## JOINT MOTION AND ORDER FOR
## JUDGMENT OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff the Terrebonne Parish School Board and defendant Tennessee Gas Pipeline Company and jointly move the Court for entry of a judgment of dismissal with prejudice herein, with each party to bear its own costs and attorney's fees. The parties so move the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure on the grounds that they have compromised their differences and entered into a mutually acceptable Settlement Agreement, Receipt and Release. A form of judgment is attached for the Court's convenience.

ST. MARTIN & WILLIAMS, APLC

Michael St. Martin (12354)
Joseph G. Jevic, III (23145)
4084 Highway 311
P.O. Box 2017
Houma, LA 70361

DATE OF ENTRY
MAR 1 5 2001

___ Fee ___
___ Process ___
X  Dktd
___ CtRmDep
___ Doc.No. 15

THE GRAY LAW FIRM, APLC

A. J. Gray, III (6253)
Wade T. Visconte (24734)
One Lakeshore Drive, Suite 900
P.O. Box 167
Lake Charles, LA 70602

Attorneys for Plaintiff
Terrebonne Parish School Board


LEMLE & KELLEHER, L.L.P.

*/s/ B. Richard Moore, Jr.*
Ernest L. Edwards, Jr., T.A. (#5286)
B. Richard Moore, Jr. (#9602)
Amy Baird (#18057)
Robert S. Emmett (#23725)
Pan-American Life Center, Ste. 2100
601 Poydras Street
New Orleans, LA 70130-6097
Telephone: (504) 586-1241

Attorneys for Defendant
Tennessee Gas Pipeline Company


## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing joint motion and order for judgment of dismissal to be served upon all counsel of record in the above-captioned matter by mailing same by United States mail, properly addressed and first-class postage pre-paid, by overnight delivery, or by hand-delivery where practicable, this 14th day of ~~February~~ March, 2001.

*/s/ B. Richard Moore, Jr.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CIVIL ACTION |
| | * | NO. 00-0201 |
| versus | * | SECTION "F" |
| **TENNESSEE GAS PIPELINE COMPANY** | * | MAG. DIV. 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon joint motion for judgment of dismissal with prejudice filed by plaintiff Terrebonne Parish School Board and defendant Tennessee Gas Pipeline Company,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and the same hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees.

_____
DISTRICT JUDGE